VAUGHN MACHINE COMPANY, Respondent, *v.* MARY QUIN-TARD, as Administratrix of EDWARD A. QUINTARD, Deceased, et al., Appellants, Impleaded with Others.

*Vaughn Machine Co.* v. *Quintard,* 37 App. Div. 368, affirmed.
(Argued January 10, 1901; decided January 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Robert A. B. Dayton* for appellants.

*N. T. M. Melliss* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.